

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The Appellant's Motion for Oral Argument is hereby DENIED.


It is so **ORDERED** on November 26, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT